AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JANE FRASER and JEFF KILGORE,

    Plaintiff,

    **V.**

SEA ISLAND COMPANY, LLC;
BRIDGES AND ROADS, LLC;
SIA PROPCO I, LLC; and
WILLIAM FALLON, in his official capacity as the
County Manager for Glynn County, Georgia,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 224-050

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's March 27, 2025 Order granting Plaintiff's Motion and remanding this case to the Superior Court of Glynn County, this case stands closed.

3/27/2025
*Date*



John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020